IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COTEMAR S.A. de C.V. and EXETER MARINE LIMITED and OCEAN OIL CONSTRUCTION AND SERVICES, S.A.R.L. | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | C.A. No. 4:11-cv-04409 (Admiralty) |
| HORNBECK OFFSHORE SERVICES, INC., HORNBECK OFFSHORE SERVICES, LLC, HORNBECK OFFSHORE OPERATORS, LLC and the OSV HOS *BEAUFORT*, *in rem* | § § § § § § § | |
| *Defendants*. | § | |

### DEFENDANTS' NOTICE OF FILING OF STIPULATION OF DISMISSAL IN COMPLIANCE WITH THE COURT'S ORDER OF MARCH 23, 2015

COME NOW, Defendants Hornbeck Offshore Services, Inc.; Hornbeck Offshore Services, LLC; and Hornbeck Offshore Operators, LLC (collectively referred to as "Defendants"), and file this Notice of Filing of Stipulation of Dismissal in Compliance With the Court's Order of March 23, 2015 ("Notice").

On March 23, 2015, this Court conditionally dismissed this case on the basis of *forum non conveniens*. (Document No. 189.) This dismissal was subject to a return jurisdiction clause that included the following conditions:

1. Defendants' agreement to submit to the jurisdiction of the appropriate Mexican court, except Defendants retain their right to assert an untimeliness, time bar, or statute of limitations defense in a Mexican court; and

2. Defendants' agreement that they will work with Plaintiffs to arrange for the appearance and testimony of Defendants' officers, agents, and employees, if needed, in the appropriate Mexican court.

The Defendants are filing the requested Stipulation, attached to this notice, assenting to these conditions in compliance with the Court's Order.

WHEREFORE, the Defendants respectfully request this Court accept the attached Stipulation and dismiss Plaintiffs' case in accordance with the Court's Order of March 23, 2015.

Dated: April 6, 2015                Respectfully submitted,

**FOWLER RODRIGUEZ**

By:  */s/ George J. Fowler, III*
**George J. Fowler, III**
Email: fow@frfirm.com
*Admitted Pro Hac Vice*
**Timothy W. Strickland**
Texas State Bar No. 19396298
Federal I.D. No. 13820
Email: strick@frfirm.com
**Edward F. LeBreton, III**

        Texas State Bar No. 00789066
        Federal I.D. No. 23016
        Email:  lebreton@frfirm.com
        1331 Lamar Street, Suite 1560
        Houston, Texas 77010
        Telephone: (713) 654-1560
        Facsimile: (713) 654-7930
        ATTORNEYS-IN-CHARGE FOR
        DEFENDANTS,
        Hornbeck Offshore Services, Inc.;
        Hornbeck Offshore Services, LLC; and
        Hornbeck Offshore Operators, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that I forwarded a true and correct copy of the foregoing instrument to the following counsel of record via the court's ECF filing system, on this the 6th day of April, 2015, as follows:

    Julia M. Palmer
    jpalmer@grayreed.com
    Gray Reed & McGraw, P.C.
    1300 Post Oak Blvd., Suite 2000
    Houston, Texas 77056

        /s/ *George J. Fowler, III*
        George J. Fowler, III