IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COTEMAR S.A. DE C.V.; EXETER MARINE LIMITED; *and* OCEAN OIL CONSTRUCTION AND SERVICES, S.A.R.L., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-11-4409 |
| HORNBECK OFFSHORE SERVICES, INC.; HORNBECK OFFSHORE SERVICES, LLC; HORNBECK OFFSHORE OPERATORS, LLC; *and the* OSV HOS BEAUFORT, *in rem*, | § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On March 23, 2015, this Court issued an order conditionally dismissing this case on the basis of forum non conveniens. The dismissal was conditioned on Defendants' submission of a certain required stipulation. On April 6, 2015, Defendants submitted the required stipulation. Accordingly, based on the facts, analysis, and conclusions of law set forth in the Court's order dated March 23, 2015, the Court hereby declares that:

(1) Plaintiffs' case is **DISMISSED** on the basis of forum non conveniens because the courts of Mexico are a more appropriate forum for this litigation;

(2) If legal proceedings are pursued in Mexico, Defendants shall appear and fully submit themselves to the jurisdiction of the appropriate Mexican court, except they retain their right to assert an untimeliness, time bar, or statute of limitations defense,[1] and Defendants will work with Plaintiffs to arrange for the appearance and testimony of Defendants' officers, agents, and employees, if needed, in the appropriate Mexican court; and

(3) This Court may reassert jurisdiction upon timely notification if the courts of Mexico refuse to accept jurisdiction for any reason other than untimeliness, time bar, or the statute of limitations.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this __7__ day of April, 2015.

　　　　　　　　　　　　　　　　　　DAVID HITTNER
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] For purposes of this Final Judgment, it is irrelevant whether the issue of untimeliness, time bar, or statute of limitations is considered by Mexican law to be a jurisdictional restriction or affirmative defense. Either way, Defendants may raise the issue of untimeliness, time bar, or statute of limitations in Mexican court.