IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COTEMAR S.A. de C.V., EXETER MARINE LIMITED and OCEAN OIL CONSTRUCTION AND SERVICES, S.A.R.L.<br><br>    Plaintiffs,<br><br>v.<br><br>HORNBECK OFFSHORE SERVICES, INC., HORNBECK OFFSHORE SERVICES, LLC, HORNBECK OFFSHORE OPERA TORS, LLC and the *OSV HOS BEAUFORT*, in rem<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § | C.A. No. 4:11-cv-04409<br>(Admiralty) |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given that Cotemar S.A. de C.V., Exeter Marine Limited, and Ocean Oil Construction and Services, S.A.R.L., plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from:

1)    An order addressing issues on remand from the Fifth Circuit entered in this action on March 23, 2015 (Document No. 189)

   — granting in part and denying in part Plaintiffs' Motion to Strike Declaration of Dr. Ignacio Melo (Document No. 168);

   — dismissing the case based on *forum non conveniens*, on remand reconsidering and granting Defendants' Motion to Dismiss Plaintiffs' Complaint and Supporting Memorandum of Law (Document No. 43) and corresponding order and judgment entered in this action on March 29, 2013 and April 9, 2013 (Document Nos. 140 and 142); and

   — denying Plaintiffs' Opposed Motion to Transfer Venue (Document No. 166);

2619798.1

2)  The Final Judgment entered in this action on April 7, 2015 (Document No. 191).

        Respectfully submitted,

        **GRAY, REED & MCGRAW PC**

        */s/ Julia M. Palmer*
        Julia M. Palmer
        State Bar No. 08710800
        1300 Post Oak Blvd., Suite 2000
        Houston, Texas  77056
        Telephone: (713) 986-7000
        Facsimile: (713) 986-7100
        jpalmer@lrmlaw.com

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Appeal* has been served mail, e-mail and/or the Court's e-service upon all counsel of record on this the 22nd day of April, 2015.

/s/ Julia M. Palmer
Julia M. Palmer